DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**K.M.,** a Child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1722

[June 8, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacy Ross, Judge; L.T. Case No. 14002293DLA.

Carey Haughwout, Public Defender, and Jonathan Dodson, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed. *State v. Hawthorne,* 573 So. 2d 330, 332 (Fla. 1991).

CIKLIN, C.J., WARNER and GERBER, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*